THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETPOSITIVE CORPORATION, | CASE NO. C18-0858-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| QBE AMERICAS, INC., d/b/a QBE REGIONAL COMPANIES (N.A.), INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion requesting leave for Plaintiff to file a second amended complaint (Dkt. No. 12). Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties' stipulated motion (Dkt. No. 12) is GRANTED. Within seven (7) days of the issuance of this order, Plaintiff shall file its second amended complaint as presented in Docket Number 12-1.

DATED this 19th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0858-JCC
PAGE - 1