|  | The Honorable John C. Coughenour |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETPOSITIVE CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> QBE AMERICAS, INC., d/b/a QBE REGIONAL COMPANIES (N.A.), INC., a Delaware corporation, <br><br> Defendant. | CASE NO. C18-0858-JCC <br><br> MINUTE ORDER |
| QBE AMERICAS, INC., a Delaware corporation, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> NETPOSITIVE CORPORATION, a Washington corporation, <br><br> Counterclaim Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 21). Pursuant

MINUTE ORDER - 1
C18-0858-JCC

to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 11th day of January 2019

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk